UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL LAWSON,**<br><br>Plaintiff,<br><br>v.<br><br>**HEATHER GROSSMAN,**<br><br>Defendant. | **2:24-CV-12461-TGB-PTM**<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 22)** |

This matter is before the Court on Magistrate Judge Patricia T. Morris's September 9, 2025 Report and Recommendation (ECF No. 22) that the case be dismissed for Plaintiff's failure to prosecute and that Defendant's Motion for Summary Judgment (ECF No. 15) be denied as moot.

The Court has reviewed Judge Morris's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*. Where, as here, neither party has specifically objected to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–

52 (1985). The Court will, therefore, accept Judge Morris's Report and Recommendation of September 9, 2025, as its findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Morris's Report and Recommendation of September 9, 2025 (ECF No. 22), is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** and that Defendant's Motion for Summary Judgment (ECF No. 15) is **DENIED** as **MOOT**.

**SO ORDERED.**

Dated: October 2, 2025      /s/Terrence G. Berg
                            HON. TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE